1  James M. Wood (State Bar No. 58679)
   Colleen T. Davies (State Bar No. 111371)
2  Nadia M. Bishop (State Bar No. 182995)
   Dana M. Reedy (State Bar No. 239970)
3  REED SMITH LLP
   1999 Harrison Street, Suite 2400
4  Oakland, CA  94612-3572
   Email: jmwood@reedsmith.com
5         cdavies@reedsmith.com
          nbishop@reedsmith.com
6         dreedy@reedsmith.com

7  **Mailing Address:**
   P.O. Box 2084
8  Oakland, CA  94604-2084

9  Telephone:   510.763.2000
   Facsimile:   510.273.8832
10
   Attorneys for Defendant
11 Eli Lilly and Company, a corporation

12
                   UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15 JIM AYALA,                          | No.: C 05-5094 PJH
                                       |
16             Plaintiff,              | Before the Honorable Phyllis J. Hamilton
                                       |
17     vs.                             | [~~PROPOSED~~] ORDER V~~ACATING~~
                                       | A~~ND/OR~~ CONTINUING CASE
18 ELI LILLY AND COMPANY,              | MANAGEMENT CONFERENCE
                                       |
19             Defendant.              | Conference Date:  August 10, 2006
                                       | Conference Time:  2:30 p.m.
20                                     | Location:          Courtroom 3, 17th Floor, SF

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   For the reasons set forth in the Joint Case Management Conference Statement, the Court
2   hereby continues the August 10, 2006, Case Management Conference ("CMC") to
3   __December 14, 2006__, at __2:30 p.m.__, by which time this case will likely have been transferred to
4   the Eastern District of New York as part of MDL No. 1596 – In re Zyprexa Liability Litigation.  In
5   the event this case is not transferred to the MDL far enough in advance of the new CMC date, the
6   parties shall file a Joint CMC Statement at least 5 court days before the new CMC date.

10  IT IS SO ORDERED

11  DATED: __8/4/06__.



The Ho_____ Judge Phyllis J. Hamilton

REED SMITH LLP
A limited liability partnership formed in the State of Delaware